UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

TODD R. SMITH,

        Plaintiff,

        CASE NO.: 3:07-CV-00396-RCJ-WGC

v.

EDWARD P. OWENS, *et al.*,

        O R D E R

        Defendants.

        The Court has considered the Report and Recommendation of United States Magistrate (ECF #163) entered on October 11, 2013, in which the Magistrate Judge recommends that the Court enter an order dismissing Mr. James D. Molder as a party to this action.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

        ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #163).

        IT IS HEREBY ORDERED that James D. Molder is DISMISSED from this action.

        IT IS SO ORDERED this 22nd day of October, 2013.

        _____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE